IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERALD HAMMANN, | § | |
| | § | No. 52, 2024 |
| Plaintiff Below, Appellant, | § | |
| | § | Court Below—Court of |
| v. | § | Chancery of the State of |
| | § | Delaware |
| DENNIS J. CARLO, RICHARD C. | § | |
| WILLIAMS, HOWARD C. | § | C.A. No. 2021-0506 |
| BIRNDORF, ROSHAWN A. | § | |
| BLUNT, and DAVID J. | § | |
| MARGUGLIO, | § | |
| | § | |
| Defendants Below, Appellees. | § | |

Submitted: August 9, 2024
Decided: October 7, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After careful consideration of the parties' briefs and the record below, we find it evident that judgment should be affirmed on the basis of and for the reasons stated in the Court of Chancery's January 12, 2024 Final Order and Judgment; August 23, 2023 Memorandum Opinion; October 16, 2023 Order Addressing Motion for Reargument; March 24, 2023 Order Addressing Order to Show Cause; December 18, 2023 Order Addressing Motion to Enforce; December 18, 2023 Order Addressing Plaintiff's Motions for Sanctions; and January 5, 2024 order denying the plaintiff's motion to reopen discovery. For the avoidance of doubt, the Court finds

no reversible error as to any of the Court of Chancery's decisions identified in the notice of appeal.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice